_____

# CASE NO. 19-4172
_____

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA**
Plaintiff-Appellee

vs.

**WILLIAM WHEAT, JR.**
Defendant-Appellant

On Appeal from the United States District Court
for the Northern District of Ohio

_____

# SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF AND APPENDIX
_____

STEPHEN ROSS JOHNSON
*Ritchie, Dillard, Davies & Johnson, P.C.*
606 W. Main St., Suite 300
Knoxville, Tennessee 37902
(865) 637-0661
Johnson@rddjlaw.com

*Counsel for William Wheat, Jr.*

# SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF AND APPENDIX

Comes the appellant, William Wheat, Jr., through counsel and pursuant to Fed. R. App. P. 26(b) and 6th Cir. R. 26, and herein respectfully moves the Court for an extension of time to file Mr. Wheat's principal brief and appendix. According to the current briefing schedule, Mr. Wheat's principal brief and appendix are due to be filed electronically by May 27, 2020. Mr. Wheat requests a 30-day extension of time to June 26, 2020, for the filing of his principal brief and appendix.

In further support of this motion, the appellant submits the following:

(1) Counsel on appeal was appointed by this Court to represent Mr. Wheat following his notice of appeal filed with the United States District Court for the Northern District of Ohio. Mr. Wheat appealed the judgment of the court below finding him guilty of violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 - conspiracy to possess with intent to distribute and to distribute controlled substances, and 21 U.S.C. §§ 843(b) and 846 - use of a communication facility in furtherance of a drug trafficking crime. The convictions resulted from a jury trial. Mr. Wheat received a sentence of 27 months as to each of Counts 1 and 18 of the Superseding Indictment, each such term to be served concurrently. Upon release from imprisonment, Mr. Wheat is to be on supervised release for a term of 3 years as to Count 1 and 1 year as to Count 18, and he is presently in custody.

(2) Appellate counsel for Mr. Wheat, following appointment by this Court, reviewed the record from the district court and ordered the transcripts. The transcripts of the pretrial, jury trial and sentencing proceedings were prepared and filed on March 16, 2020 and consist of 1,112 pages.

(3) Over 30 exhibits – including documents, photographs, and audio recordings - were introduced at the jury trial below. After contacting the district court clerk's office to obtain copies of the exhibits for the preparation of the brief and for inclusion in the record on appeal, counsel learned the exhibits were returned to counsel for the government after trial and copies were not retained by the court. After request was made to government's counsel, the government provided copies of the trial exhibits to appellate counsel via a download link on April 21, 2020.

(4) Appellate counsel requests additional time to review the entirety of the record below in this matter, consult with Mr. Wheat, research those issues in this case that are cognizable on direct appeal, and prepare and file the principal brief and appendix. Despite the exercise of due diligence, appellate counsel cannot complete the above within the current briefing schedule due to the complexity of the case, notably given this is a direct appeal from a jury trial in which appellate counsel is initially reviewing the materials in the first instance, having not represented the appellant in the proceedings below. In addition, due to the COVID-19 pandemic and

resultant social distancing, office closures, and remote working restrictions, appellate counsel and staff are not able to function as efficiently as otherwise.

(5) After obtaining the record from the court below, to include the transcripts of all proceedings, counsel was able to arrange through the Bureau of Prisons a non-monitored attorney-client call to discuss the appellant's direct appeal and the issues to raise in the brief. After the call, counsel mailed the appellant unsealed relevant portions of the record below for his review. Further conferences with the appellant will need to occur so he can have meaningful input and understanding of the issues ultimately raised in the brief and approves of those issues raised, to include mailing a copy of the final draft of the brief to the appellant for his review before filing.

(6) A substantial amount of work has already been conducted by counsel in the areas of reviewing the record below, outlining the issues to raise in the brief, researching those issues, and the beginning stages of drafting. However, despite the exercise of due diligence, and for all of the reasons stated above, counsel cannot finalize and file the brief within the current briefing schedule, and respectfully requests a 30-day extension of time.

(7) This motion is not made for purposes of procrastination, unreasonable delay, or for some other improper reason, but rather so that Mr. Wheat is provided zealous and effective representation by appellate counsel.

Respectfully submitted,

/s/ Stephen Ross Johnson
STEPHEN ROSS JOHNSON (TN BPR #022140)
606 West Main Street, Suite 300
Knoxville, Tennessee 37902
(865) 637-0661
Johnson@rddjlaw.com

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d), I hereby certify that a true and exact copy of the foregoing was forwarded, via the Court's electronic filing ("ECF") system, this 26th day of May, 2020, to:

Ms. Laura McMullen Ford
Office of the U.S. Attorney
801 W. Superior Avenue, Suite 400
Cleveland, OH 44113
216 622-3817
Laura.Ford@usdoj.gov

/s/ Stephen Ross Johnson
STEPHEN ROSS JOHNSON