RECEIVED

JUL 28 2020

DEBORAH S. HUNT, Clerk

LAW OFFICES OF
## RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.
606 W. MAIN STREET, SUITE 300
KNOXVILLE, TENNESSEE 37902

W. THOMAS DILLARD
WAYNE A. RITCHIE II
WADE V. DAVIES
STEPHEN ROSS JOHNSON
JAMES R. STOVALL
SAMANTHA I. ELLIS

ROBERT W. RITCHIE (1938-2006)
CHARLES W.B. FELS (OF COUNSEL)

TELEPHONE (865) 637-0661
FACSIMILE (865) 524-4623
WWW.RDDJLAW.COM

July 27, 2020

**BY FEDERAL EXPRESS**

Sharday S. Swain, Case Manager
U. S. Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 E. Fifth Street, Room 540
Cincinnati, OH 45202

> RE:  **United States of America v. William Wheat, Jr.**
> **United States Court of Appeals for the Sixth Circuit**
> **No. 19-4172**

Dear Ms. Swain:

Enclosed is a flash drive containing electronic copies of the exhibits entered into evidence during the proceedings at the court below. The exhibits, some of which are audio recordings, were not filed on the court's ECF system but instead were returned to counsel for the government following the conclusion of the proceedings before the district court.

Sincerely yours,

RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.

STEPHEN ROSS JOHNSON

SRJ:kem
Enclosure
cc Laura McMullen Ford (with enclosure)
Assistant United States Attorney